

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEOFF McCALLA,<br><br>Defendant. | Case No. CR 06-384-DSF<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

## I.

On April 10, 2024. Defendant Geoff McCalla[1] made his initial appearance on the petition for revocation of supervised release and warrant for arrest issued on April 1, 2021. Defendant was represented by Deputy Federal Public Defender Gabriella Rivera. The government was represented by Special Assistant U.S. Attorney Stephanie Orrick. A detention hearing was held.

---

[1] Defendant identified the name he was given at birth as Geoffrey David McCalla.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ the petition alleges that Defendant failed to comply with supervised release conditions by failing to report to the U.S. Probation Office when he was released from custody on March 24, 2021, and failing to register as a sex offender and his whereabouts were unknown.

☒ unverified background information

☒ unknown bail resources

☒ outstanding LAPD "no bail" felony warrant issued on June 28, 2006

B.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition (see above);

☒ criminal history

III

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: April 10, 2024

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE